

**FILED & ENTERED**

**AUG 13 2013**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** queen    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Philip Brian Reyes<br><br>                                          Debtor(s).<br><hr>Philip Brian Reyes<br><br>                                          Plaintiff(s),<br>   v.<br><br>Bank of America<br><br>                                          Defendant(s). | CHAPTER 13<br><br>Case No.:  2:12-bk-32705-VZ<br><br>Adv No:  2:13-ap-01017-VZ<br><br>**ORDER  DISMISSING ADVERSARY PROCEEDING**<br><br>Date:        July 30, 2013<br>Time:       1:30 PM<br>Courtroom: 1368 |

    A hearing was held to consider a motion for default judgment.  There was no appearance by or on behalf of any of the parties.  Based upon the findings and conclusions made at the hearing, IT IS ORDERED that the adversary proceeding is dismissed.

Date: August 13, 2013

_Vincent P. Zurzolo_
Vincent P. Zurzolo
United States Bankruptcy Judge

-1-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER DISMISSING ADVERSARY PROCEEDING**
was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **August 13, 2013**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

See NEF for confirmation of electronic transmission

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

See BNC Certificate of Notice

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9021-1.1.NOTICE.ENTERED.ORDER**